IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM GEORGE DANIELS,**
    **Plaintiff,**

vs.                                    CASE NO.: 3:07cv21/MCR/MD

**LEGISLATIVE AUTHORITY, et al.,**
    **Defendants.**
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 27, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petitioner's "civil motion pursuant to Federal Rules of Court, Rule 44(b), coupled with petition for declaratory judgment, 28 U.S.C. 2201" is denied and this case is dismissed without prejudice to petitioner's pursuit of the appropriate habeas remedy.

    DONE AND ORDERED this 29th day of March, 2007.

                                            _s/ M. Casey Rodgers_
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**